## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

ADEAYO TURTON,

       Petitioner

      v.

THE PROTHONOTARY OF THE
SUPERIOR COURT, EASTERN
DISTRICT, COURT OF COMMON
PLEAS, PHILADELPHIA COUNTY,
THE PROTHONOTARY OF THE
COURT OF COMMON PLEAS,
PHILADELPHIA COUNTY,

      Respondents

:  No. 51 EM 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition and/or Mandamus and the Application for Relief are DENIED.